February 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE MARVIN R. ZEPEDA

NO. 14-13-00914-CR                          V.

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order mandate to issue immediately.

We further order this decision certified below for observance.